No. 11–948. TITAN MARITIME, LLC v. CAPE FLATTERY LTD. C. A. 9th Cir. Motions of Chicago International Dispute Resolution Association, Law Professors, California Bankers Association

et al., and American Salvage Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮